THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST, | CASE NO. C19-1153-JCC |
| Plaintiff, | ORDER |
| v. | |
| TIMME A. MARTIN, an individual; and BRIANNE DARBY, *fka* BRIANNE MARTIN, an individual, | |
| Defendants. | |

This matter comes before the Court on Plaintiff's motion for default judgment (Dkt. No. 13). Having thoroughly considered the motion and the relevant record, the Court FINDS as follows:

1. Defendants were properly served in this matter on or about August 8, 2019, and August 12, 2019 (Dkt. Nos. 6, 7);
2. The Clerk entered orders of default against Defendants on September 26, 2019 (Dkt. Nos. 10, 11);
3. Defendants have failed to appear or otherwise defend in this action; and
4. The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) support granting default judgment in Plaintiff's favor.

Accordingly, Plaintiff's motion for default judgment (Dkt. No. 13) is GRANTED in its entirety.

ORDER
C19-1153-JCC
PAGE - 1

The Court ORDERS as follows:

1. Plaintiff's motion for default judgment (Dkt. No. 13) is GRANTED;
2. Defendants are ORDERED to pay Plaintiff a total of $230,405.64, consisting of:
   a. $217,826.08 as restitution of losses sustained by Plaintiff plus the disgorgement of ill-gotten profits;
   b. $5,909.42 in pre-judgment interest;
   c. $5,145.00 in attorney fees; and
   d. $1,525.14 for costs;
3. Post-judgment interest on the judgment is set at the rate fixed under 28 U.S.C. § 1961; and
4. This default judgment is deemed a final judgment pursuant to Federal Rule of Civil Procedure 54(c) and there is no just reason for delay in entry of such judgment on Plaintiff's claims herein.

The Clerk is DIRECTED to close this case.

DATED this 18th day of December 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE